**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Iris I Rivera                      CHAPTER 13

Debtor(s)

BKY. NO. 24-10228 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Land Home Financial Services, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
06 Feb 2024, 13:21:50, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322