# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  IRIS RIVERA : CHAPTER 13
 :
**Debtor** : NO. 24-10228

## ORDER

AND NOW, this 9th day of February, 2024, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **February 20, 2024** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

*Patricia M. Mayer*
_____
J. PATRICIA M. MAYER
Hon. Patricia M. Mayer