St. Lukes Hospital    801 Ostrum Street Bethlehem, PA 18015
Iris Rivera    120 South 12th St Allentown, PA 18102

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Iris Rivera | St. Lukes Hospital | 56169 | 01/21/2024 | 02/03/2024 | 02/08/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,009.70 | 0.00 | 215.44 | 0.00 | 794.26 |
| YTD | 2,901.95 | 0.00 | 614.82 | 52.11 | 2,235.02 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (1608) | 01/21/2024 - 02/03/2024 | 37 | 23.6 | 873.20 | 2,419.00 |
| Holiday Premium (1608) | | | 0 | | 150.45 |
| Shift Differential 2 (1608) | 01/21/2024 - 02/03/2024 | 32 | 2 | 64.00 | 139.00 |
| Shift Differential 3 (1608) | 01/21/2024 - 01/27/2024 | 5 | 3 | 15.00 | 84.75 |
| Temporary Hrly Bonus $5 (1608) | 01/21/2024 - 01/27/2024 | 2.5 | 5 | 12.50 | 63.75 |
| Temporary Hrly Bonus $10 (1608) | 01/21/2024 - 01/27/2024 | 4.5 | 10 | 45.00 | 45.00 |
| Earnings | | | | 1,009.70 | 2,901.95 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 62.60 | 179.92 |
| Medicare | 14.64 | 42.08 |
| Federal Withholding | 84.55 | 238.39 |
| State Tax - PA | 31.00 | 89.09 |
| SUI-Employee Paid - PA | 0.71 | 2.03 |
| City Tax - ALNTN | 19.94 | 57.31 |
| PA LST - ALNTN | 2.00 | 6.00 |
| Employee Taxes | 215.44 | 614.82 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Retail Pharmacy Homestar | | 52.11 |
| Post Tax Deduction | 0.00 | 52.11 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,009.70 | 2,901.95 |
| Medicare - Taxable Wages | 1,009.70 | 2,901.95 |
| Federal Withholding - Taxable Wages | 1,009.70 | 2,901.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| People's First Credit Union | Checking | ******1948 | | 794.26 USD |

St. Lukes Hospital  801 Ostrum Street Bethlehem, PA 18015
Iris Rivera  120 South 12th St Allentown, PA 18102

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Iris Rivera | St. Lukes Hospital | | | 56169 | 01/07/2024 | 01/20/2024 | 01/25/2024 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 1,130.20 | 0.00 | 245.28 | 0.00 | 884.92 |
| YTD | | 1,892.25 | 0.00 | 399.38 | 52.11 | 1,440.76 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular (1608) | 01/07/2024 - 01/20/2024 | 42 | 23.6 | 991.20 | 1,545.80 | OASDI | 70.07 | 117.32 |
| Holiday Premium (1608) | | | 0 | | 150.45 | Medicare | 16.39 | 27.44 |
| Shift Differential 2 (1608) | 01/07/2024 - 01/20/2024 | 24 | 2 | 48.00 | 75.00 | Federal Withholding | 99.01 | 153.84 |
| Shift Differential 3 (1608) | 01/07/2024 - 01/20/2024 | 13.25 | 3 | 39.75 | 69.75 | State Tax - PA | 34.70 | 58.09 |
| Temporary Hrly Bonus $5 (1608) | 01/14/2024 - 01/20/2024 | 10.25 | 5 | 51.25 | 51.25 | SUI-Employee Paid - PA | 0.79 | 1.32 |
| | | | | | | City Tax - ALNTN | 22.32 | 37.37 |
| | | | | | | PA LST - ALNTN | 2.00 | 4.00 |
| Earnings | | | | 1,130.20 | 1,892.25 | Employee Taxes | 245.28 | 399.38 |

| Post Tax Deduction | | |
|---|---|---|
| Description | Amount | YTD |
| Retail Pharmacy Homestar | | 52.11 |
| Post Tax Deduction | 0.00 | 52.11 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,130.20 | 1,892.25 |
| Medicare - Taxable Wages | 1,130.20 | 1,892.25 |
| Federal Withholding - Taxable Wages | 1,130.20 | 1,892.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| People's First Credit Union | Checking | ******1948 | | 884.92 USD |

St. Lukes Hospital   801 Ostrum Street Bethlehem, PA 18015
Iris Rivera   120 South 12th St Allentown, PA 18102

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Iris Rivera | St. Lukes Hospital | 56169 | 12/24/2023 | 01/06/2024 | 12/28/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 17,157.27 | 0.00 | 3,973.01 | 115.97 | 13,068.29 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (1608) | | | 0 | | 11,674.55 |
| Overtime (1608) | | | 0 | | 368.57 |
| Retro Wage Adjustment | | | 0 | | 95.56 |
| Shift Differential 2 (1608) | | | 0 | | 311.00 |
| Shift Differential 3 (1608) | | | 0 | | 515.85 |
| Shift Differential 4 (1608) | | | 0 | | 377.40 |
| Appreciation Payment | | | 0 | | 350.00 |
| Holiday Premium S2 | | | 0 | | 42.68 |
| Holiday Premium S3 | | | 0 | | 19.66 |
| Temporary Hrly Bonus $5 (1608) | | | 0 | | 185.00 |
| Details Not Displayed | | | | 0.00 | 3,217.00 |
| Earnings | | | | 0.00 | 17,157.27 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | | 1,063.75 |
| Medicare | | 248.78 |
| Federal Withholding | | 1,740.88 |
| State Tax - PA | | 526.73 |
| SUI-Employee Paid - PA | | 12.01 |
| City Tax - ALNTN | | 338.86 |
| PA LST - ALNTN | | 42.00 |
| Employee Taxes | 0.00 | 3,973.01 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Retail Pharmacy Homestar | | 115.97 |
| Post Tax Deduction | 0.00 | 115.97 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 17,157.27 |
| Medicare - Taxable Wages | 0.00 | 17,157.27 |
| Federal Withholding - Taxable Wages | 0.00 | 17,157.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 0.00 USD |

St. Lukes Hospital   801 Ostrum Street Bethlehem, PA 18015
Iris Rivera   120 South 12th St Allentown, PA 18102

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Iris Rivera | St. Lukes Hospital | | | 56169 | 12/24/2023 | 01/06/2024 | 01/11/2024 | |
| | | Gross Pay | | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | | Net Pay |
| Current | | 762.05 | | 0.00 | 154.10 | 52.11 | | 555.84 |
| YTD | | 762.05 | | 0.00 | 154.10 | 52.11 | | 555.84 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (1608) | 12/24/2023 - 01/06/2024 | 23.5 | 23.6 | 554.60 | 554.60 |
| Holiday Premium (1608) | 12/24/2023 - 12/30/2023 | 12.75 | 23.6 | 150.45 | 150.45 |
| Shift Differential 2 (1608) | 12/24/2023 - 01/06/2024 | 13.5 | 2 | 27.00 | 27.00 |
| Shift Differential 3 (1608) | 12/24/2023 - 12/30/2023 | 10 | 3 | 30.00 | 30.00 |
| Earnings | | | | 762.05 | 762.05 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 47.25 | 47.25 |
| Medicare | 11.05 | 11.05 |
| Federal Withholding | 54.83 | 54.83 |
| State Tax - PA | 23.39 | 23.39 |
| SUI-Employee Paid - PA | 0.53 | 0.53 |
| City Tax - ALNTN | 15.05 | 15.05 |
| PA LST - ALNTN | 2.00 | 2.00 |
| Employee Taxes | 154.10 | 154.10 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Retail Pharmacy Homestar | 52.11 | 52.11 |
| Post Tax Deduction | 52.11 | 52.11 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 762.05 | 762.05 |
| Medicare - Taxable Wages | 762.05 | 762.05 |
| Federal Withholding - Taxable Wages | 762.05 | 762.05 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| People's First Credit Union | Checking | ******1948 | | 555.84 | USD |

St. Lukes Hospital    801 Ostrum Street Bethlehem, PA 18015
Iris Rivera    120 South 12th St Allentown, PA 18102

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Iris Rivera | St. Lukes Hospital | | 56169 | 12/10/2023 | 12/23/2023 | 12/28/2023 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | | Net Pay |
| Current | | 659.80 | 0.00 | 132.71 | 27.36 | | 499.73 |
| YTD | | 17,157.27 | 0.00 | 3,973.01 | 115.97 | | 13,068.29 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular (1608) | 12/10/2023 - 12/23/2023 | 25.5 | 23.6 | 601.80 | 11,674.55 | OASDI | 40.91 | 1,063.75 |
| Overtime (1608) | | | 0 | | 368.57 | Medicare | 9.57 | 248.78 |
| Retro Wage Adjustment | | | 0 | | 95.56 | Federal Withholding | 46.48 | 1,740.88 |
| Low Census Excused Absence | (12/17/2023 - 12/23/2023) | 8 | 0 | 0.00 | 0.00 | State Tax - PA | 20.26 | 526.73 |
| Shift Differential 2 (1608) | 12/10/2023 - 12/23/2023 | 18.5 | 2 | 37.00 | 311.00 | SUI-Employee Paid - PA | 0.46 | 12.01 |
| Shift Differential 3 (1608) | 12/10/2023 - 12/16/2023 | 7 | 3 | 21.00 | 515.85 | City Tax - ALNTN | 13.03 | 338.86 |
| Shift Differential 4 (1608) | | | 0 | | 377.40 | PA LST - ALNTN | 2.00 | 42.00 |
| Appreciation Payment | | | 0 | | 350.00 | | | |
| Holiday Premium S2 | | | 0 | | 42.68 | | | |
| Holiday Premium S3 | | | 0 | | 19.66 | | | |
| Details Not Displayed | | | | 0.00 | 3,402.00 | | | |
| Earnings | | | | 659.80 | 17,157.27 | Employee Taxes | 132.71 | 3,973.01 |

| Post Tax Deduction | | |
|---|---|---|
| Description | Amount | YTD |
| Retail Pharmacy Homestar | 27.36 | 115.97 |
| Post Tax Deduction | 27.36 | 115.97 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 659.80 | 17,157.27 |
| Medicare - Taxable Wages | 659.80 | 17,157.27 |
| Federal Withholding - Taxable Wages | 659.80 | 17,157.27 |

| | Federal | | State |
|---|---|---|---|
| Marital Status | Single | | |
| Allowances | 0 | | 0 |
| Additional Withholding | 0 | | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| People's First Credit Union | Checking | ******1948 | | 499.73    USD |

St. Lukes Hospital   801 Ostrum Street Bethlehem, PA 18015
Iris Rivera   120 South 12th St Allentown, PA 18102

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Iris Rivera | St. Lukes Hospital | | 56169 | 11/26/2023 | 12/09/2023 | 12/14/2023 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 473.60 | 0.00 | 89.61 | 20.02 | 363.97 |
| YTD | | 16,497.47 | 0.00 | 3,840.30 | 88.61 | 12,568.56 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular (1608) | 11/26/2023 - 12/09/2023 | 18.5 | 23.6 | 436.60 | 11,072.75 | OASDI | 29.36 | 1,022.84 |
| Overtime (1608) | | | 0 | | 368.57 | Medicare | 6.86 | 239.21 |
| Retro Wage Adjustment | | | 0 | | 95.56 | Federal Withholding | 27.17 | 1,694.40 |
| Shift Differential 2 (1608) | 11/26/2023 - 12/09/2023 | 18.5 | 2 | 37.00 | 274.00 | State Tax - PA | 14.54 | 506.47 |
| Shift Differential 3 (1608) | | | 0 | | 494.85 | SUI-Employee Paid - PA | 0.33 | 11.55 |
| Shift Differential 4 (1608) | | | 0 | | 377.40 | City Tax - ALNTN | 9.35 | 325.83 |
| Appreciation Payment | | | 0 | | 350.00 | PA LST - ALNTN | 2.00 | 40.00 |
| Holiday Premium S2 | | | 0 | | 42.68 | | | |
| Holiday Premium S3 | | | 0 | | 19.66 | | | |
| Temporary Hrly Bonus $5 (1608) | | | 0 | | 185.00 | | | |
| Details Not Displayed | | | | 0.00 | 3,217.00 | | | |
| Earnings | | | | 473.60 | 16,497.47 | Employee Taxes | 89.61 | 3,840.30 |

| Post Tax Deduction | | |
|---|---|---|
| Description | Amount | YTD |
| Retail Pharmacy Homestar | 20.02 | 88.61 |
| Post Tax Deduction | 20.02 | 88.61 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 473.60 | 16,497.47 |
| Medicare - Taxable Wages | 473.60 | 16,497.47 |
| Federal Withholding - Taxable Wages | 473.60 | 16,497.47 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| People's First Credit Union | Checking | ******1948 | | 363.97  USD |

St. Lukes Hospital    801 Ostrum Street Bethlehem, PA 18015
Iris Rivera    120 South 12th St Allentown, PA 18102

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Iris Rivera | St. Lukes Hospital | | 56169 | 11/12/2023 | 11/25/2023 | 11/30/2023 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | | Net Pay |
| Current | | 705.60 | 0.00 | 144.07 | 0.00 | | 561.53 |
| YTD | | 16,023.87 | 0.00 | 3,750.69 | 68.59 | | 12,204.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (1608) | 11/12/2023 - 11/25/2023 | 27.25 | 23.6 | 643.10 | 10,636.15 |
| Overtime (1608) | | | 0 | | 368.57 |
| Retro Wage Adjustment | | | 0 | | 95.56 |
| Low Census Excused Absence | (11/19/2023 - 11/25/2023) | 8 | 0 | 0.00 | 0.00 |
| Shift Differential 2 (1608) | 11/12/2023 - 11/25/2023 | 18.5 | 2 | 37.00 | 237.00 |
| Shift Differential 3 (1608) | 11/12/2023 - 11/18/2023 | 8.5 | 3 | 25.50 | 494.85 |
| Shift Differential 4 (1608) | | | 0 | | 377.40 |
| Appreciation Payment | | | 0 | | 350.00 |
| Holiday Premium S2 | | | 0 | | 42.68 |
| Holiday Premium S3 | | | 0 | | 19.66 |
| Details Not Displayed | | | | 0.00 | 3,402.00 |
| Earnings | | | | 705.60 | 16,023.87 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 43.75 | 993.48 |
| Medicare | 10.24 | 232.35 |
| Federal Withholding | 51.98 | 1,667.23 |
| State Tax - PA | 21.66 | 491.93 |
| SUI-Employee Paid - PA | 0.50 | 11.22 |
| City Tax - ALNTN | 13.94 | 316.48 |
| PA LST - ALNTN | 2.00 | 38.00 |
| Employee Taxes | 144.07 | 3,750.69 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Retail Pharmacy Homestar | | 68.59 |
| Post Tax Deduction | 0.00 | 68.59 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 705.60 | 16,023.87 |
| Medicare - Taxable Wages | 705.60 | 16,023.87 |
| Federal Withholding - Taxable Wages | 705.60 | 16,023.87 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| People's First Credit Union | Checking | ******1948 | | 561.53 USD |

St. Lukes Hospital   801 Ostrum Street Bethlehem, PA 18015
Iris Rivera   120 South 12th St Allentown, PA 18102

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Iris Rivera | St. Lukes Hospital | | 56169 | 10/29/2023 | 11/11/2023 | 11/16/2023 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | | Net Pay |
| Current | | 207.51 | 0.00 | 29.03 | 0.00 | | 178.48 |
| YTD | | 15,318.27 | 0.00 | 3,606.62 | 68.59 | | 11,643.06 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular (1608) | 11/05/2023 - 11/11/2023 | 9.25 | 20.4327 | 189.01 | 9,993.05 |
| Overtime (1608) | | | 0 | | 368.57 |
| Retro Wage Adjustment | | | 0 | | 95.56 |
| Excused Absence (1608) | 10/29/2023 - 11/04/2023 | 12 | 0 | 0.00 | 0.00 |
| Low Census Excused Absence (1608) | 10/29/2023 - 11/04/2023 | 4 | 0 | 0.00 | 0.00 |
| Shift Differential 2 (1608) | 11/05/2023 - 11/11/2023 | 9.25 | 2 | 18.50 | 200.00 |
| Shift Differential 3 (1608) | | | 0 | | 469.35 |
| Shift Differential 4 (1608) | | | 0 | | 377.40 |
| Appreciation Payment | | | 0 | | 350.00 |
| Holiday Premium S2 | | | 0 | | 42.68 |
| Details Not Displayed | | | | 0.00 | 3,421.66 |
| Earnings | | | | 207.51 | 15,318.27 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 12.86 | 949.73 |
| Medicare | 3.00 | 222.11 |
| Federal Withholding | 0.56 | 1,615.25 |
| State Tax - PA | 6.37 | 470.27 |
| SUI-Employee Paid - PA | 0.14 | 10.72 |
| City Tax - ALNTN | 4.10 | 302.54 |
| PA LST - ALNTN | 2.00 | 36.00 |
| Employee Taxes | 29.03 | 3,606.62 |

### Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Retail Pharmacy Homestar | | 68.59 |
| Post Tax Deduction | 0.00 | 68.59 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 207.51 | 15,318.27 |
| Medicare - Taxable Wages | 207.51 | 15,318.27 |
| Federal Withholding - Taxable Wages | 207.51 | 15,318.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| People's First Credit Union | Checking | ******1948 | | 178.48 USD |