| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-10228-PMM

Iris I Rivera  
120 South 12th Street  
Allentown  PA    18102

Petition Filed Date: 01/25/2024  
341 Hearing Date: 04/23/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/10/2024 | $1,400.00 | | 05/13/2024 | $400.00 | | | | |

**Total Receipts for the Period:  $1,800.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LAND HOME FINANCIAL SERVICES, INC »» 001 | Mortgage Arrears | $57,368.24 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,800.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $180.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $1,620.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.