UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　　Iris I Rivera<br><br><br>　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 24-10228-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF ONE YEAR.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 5, 2024**　　　　　　　　　　　PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE