United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-10228-pmm

Iris I Rivera                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Iris I Rivera, 120 South 12th Street, Allentown, PA 18102-4743 |
| 14852835 | + | LAND HOME FINANCIAL SERVICES, INC., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 06 2024 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 06 2024 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14849155 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 06 2024 00:15:00 | Land Home Fin Srv/dove, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 14871014 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 06 2024 00:15:00 | Land Home Financial Services, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14849154 | ^ | MEBN | Sep 06 2024 00:05:14 | KML Law Group, Mellon Independence Center, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 14849156 | ^ | MEBN | Sep 06 2024 00:05:27 | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1139 |
| 14849157 | + | Email/Text: support@ymalaw.com | Sep 06 2024 00:15:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Sep 05, 2024                       Form ID: pdf900                          Total Noticed: 9

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor LAND HOME FINANCIAL SERVICES  INC. bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor Iris I Rivera support@ymalaw.com |
| | ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          |        Chapter 13
     Iris I Rivera                        |
                                               |        Bankruptcy No. 24-10228-PMM
                                               |
               Debtor     |

ORDER DISMISSING CHAPTER 13 CASE

     AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF ONE YEAR.

     IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*Patricia M. Mayer*

**Date: September 5, 2024**

     PATRICIA M. MAYER
     U.S. BANKRUPTCY JUDGE